# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Siemens Government Technologies, Inc. ) ASBCA No. 58826
)
Under Contract No. W912DY-09-D-0021 )

APPEARANCE FOR THE APPELLANT: Jack Chu, Esq.
Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Kathryn R. Sommerkamp, Esq.
Margaret P. Simmons, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58826, Appeal of Siemens Government Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals